IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROLANDA AMAKER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BMAD Property Managers LLC
Baltimore City Police Department
Baltimore City Housing Authority

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ABA 25 CV 03517

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

USDC- BALTIMORE
'25 OCT 27 PM 3:29

HD
Rcv'd by: AR

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Rolanda Amaker
   Street Address: 2834 Oakford Avenue
   City and County: Baltimore City
   State and Zip Code: Maryland 21215
   Telephone Number: 443-226-2033
   E-mail Address: Rero864Parkplace@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Baltimore City Police Department
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 2

- Name: BMAD Property Management HOLDING LL
- Job or Title (if known):
- Street Address: 13116 Proplor Tree RD
- City and County: Fairfax
- State and Zip Code: Virginia
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name: Baltimore City Housing Authority
- Job or Title (if known):
- Street Address: 22 S W PRATT STREE
- City and County: Baltimor
- State and Zip Code: Maryland 21223
- Telephone Number: 443 984 2222
- E-mail Address (if known):

Defendant No. 4

- Name: District Court of Maryland Baltimore City
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Rolanda Amate, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) BLAKTT_____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) BALTIMORE City Police Department, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BMAD Property Management LLC Breach of Contract moved in with violations under Section 8 approval by Ms Green from NY Safety transfer. First three months things begin to breakdown from the boiler to peeling paint to ammenities breaking/entering

Baltimore Police was called several times neighbor disturbances, theft, unlawful arrest, perjury, civil violations, fraud claims, sexual assault, aggravated harrassment, all complaints were ignored

Baltimore City Housing Authority In late October of 2023 I moved to Baltimore City with a section 8 voucher from NYC for a safety transfer in the first 2-3 months things begin to break like the boiler when maintenance men came in damages were caused I notified landlord 311, to no avail I was told that this was because they were government funded when I let my caseworker know of the incidents she directly said it would not be on me but the landlord at recertification

she and then cohersed me into signing a new agreement In which I stated verbally I was not going to sign because I had not got an inspection after requesting one several times with hud/department even after finding violations of mole peeling paint "Ms. Green/Ms Davis let me know to keep my voucher I had to clean carpet cut grass and a light fixture I did not break. Even calling the office letting them know of the violations ahead of time

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Due to all of the violations and hardship my family is at risk of homelessness

7

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/27, 2025

Signature of Plaintiff: _[signed]_
Printed Name of Plaintiff: Zolanda Amoke

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
Email Address            _____